IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-MC-00164-RJC-DSC

| | |
|---|---|
| MATCHING CLAIMANTS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BESTWALL, LLC, )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Daniel K. Hogan]" (Doc. 78) filed September 30, 2022. For the reasons set forth therein, the Motion will be granted

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: September 30, 2022

David S. Cayer
United States Magistrate Judge