UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-mc-00164-RJC-DSC

| | |
|---|---|
| THE ARMSTRONG WORLD INDUSTRIES, INC. ASBESTOS PERSONAL INJURY SETTLEMENT TRUST, ET AL.,<br><br>Petitioners,<br><br>V.<br><br>BESTWALL, LLC<br>Respondent. | **Order** |

**THIS MATTER** comes before the Court sua sponte. On September 27, 2022, the United States District Court for the District of Delaware transferred this miscellaneous case to this District. The matter involves several motions to quash subpoenas that were issued by the United States Bankruptcy Court for the Western District of North Carolina. The transferor court transferred the case to this Court, "for transfer to the United States Bankruptcy Court for the Western District of North Carolina," the issuing court of the relevant subpoenas. Consistent with the transferor court's order and this Court's Standing Order of Reference (Case No. 3:14-mc-44), **IT IS, THEREFORE, ORDERED** that this matter is **REFERRED** to the United States Bankruptcy Court for the Western District of North Carolina.

The Clerk of Court is directed to close this case.

Signed: September 30, 2022

_____
Robert J. Conrad, Jr.
United States District Judge